THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND SHINN, Appellant. [931 NYS2d 258]—

The Supreme Court correctly denied the defendant's request for a downward departure from his presumptive risk level two designation (*see People v Wyatt*, 89 AD3d 112 [2011] [decided herewith]; *People v Gallo*, 84 AD3d 1204 [2011]). Rivera, J.P., Florio, Austin and Sgroi, JJ., concur.

CLAUDIA A. PERRY, Appellant, v ALAN W. PERRY, Respondent. [931 NYS2d 516]—

An award of counsel fees pursuant to Domestic Relations Law § 237 (a) is entrusted to the sound discretion of the trial court (*see DeCabrera v Cabrera-Rosete*, 70 NY2d 879, 881 [1987]). In determining whether to award such a fee, the court should "review the financial circumstances of both parties together with all the other circumstances of the case, which may include the relative merit of the parties' positions" (*id.* at 881). Here, the trial court providently exercised its discretion in denying the plaintiff's motion for an award of an attorney's fee. Skelos, J.P., Balkin, Leventhal and Hall, JJ., concur.